

**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Matthew Cohen, Esq.
mcohen@kdvlaw.com

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

August 17, 2020

**VIA ECF**
Hon. Steven I. Locke
U.S. Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Sushmita Bit and Vasu Balakrishnan v. Parmjit Singh, All Around Logistics, Inc. and Ameri Freight Group Inc.*
**Case No. 18-cv-03908 (JS)(SIL)**

Dear Judge Locke:

We represent Defendants Parmjit Singh, All Around Logistics, Inc. and Ameri Freight Group Inc. in the above-referenced action.

We write, jointly with Plaintiffs' counsel, to provide you with a joint status report in accordance with Your Honor's Order dated June 25, 2020. The parties have made progress on the preparation of a settlement agreement, however, additional time is needed to finalize same and obtain signatures from each party. As such, the parties respectfully request that a deadline of September 14, 2020 be set for the parties to jointly file a motion for approval of the settlement.

Thank you for your consideration of the foregoing.

Respectfully yours,
Kaufman Dolowich & Voluck, LLP

By: _____
Matthew Cohen

cc: All counsel of record via ECF

4840-1090-1960, v. 1